UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN,<br><br>                    Plaintiff,<br><br>        -v-<br><br>BHRS GROUP, LLC,<br><br>                    Defendant. | 23-CV-3470 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Defendant has appeared in this case and requested an extension of its time to answer until June 23, 2023. However, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

If Plaintiff fails by July 24, 2023 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: July 7, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge